IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| URS MIDWEST, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 10-0075-CG-C |
| BRIDGE TERMINAL TRANSPORT, INC., | ) ) ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, URS Midwest, Inc., and the Defendant, Bridge Terminal Transport, Inc., being all parties to this matter, by and through counsel of record, and hereby jointly agree, stipulate, and move that this action be **DISMISSED WITH PREJUDICE** as to all claims of the Plaintiff asserted against the Defendant, with each party to bear its own costs.

Respectfully submitted,

THOMAS L. OLIVER, II (OLIVT3153)
JEREMY P. TAYLOR (TAYLJ5975)
KEITH S. RIVERS (RIVEK7893)
Attorneys for Plaintiff
CARR ALLISON
6251 Monroe St., Ste. 200
Daphne, AL 36526
Telephone:   (251) 626-9340
Facsimile:   (251) 626-8928
toliver@carrallison.com
jptaylor@carrallison.com
krivers@carrallison.com

/s/ MCN
_____
MICHAEL C. NIEMEYER (NIEMM0703)
JENNIFER S. MORGAN (MORGJ9024)
Attorneys for Defendant
HAND ARENDALL LLC
Post Office Box 1499
Fairhope, Alabama 36533
Telephone: (251) 990-0079
Facsimile: (251) 210-0606
mniemeyer@handarendall.com
jmorgan@handarendall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| URS MIDWEST, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 10-0075-CG-C |
| BRIDGE TERMINAL TRANSPORT, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court, having considered the Motion, is of the opinion that the Motion is due to be and hereby is GRANTED.

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that this matter be and hereby is DISMISSED WITH PREJUDICE as to all parties and all claims, each party to bear its own costs.

DONE THIS THE _____ DAY OF JUNE, 2010.

_____
UNITED STATES DISTRICT JUDGE FOR THE
SOUTHERN DISTRICT OF ALABAMA

cc:

THOMAS L. OLIVER, II
JEREMY P. TAYLOR
KEITH S. RIVERS
CARR ALLISON
6251 Monroe St., Ste. 200
Daphne, AL 36526
Telephone:   (251) 626-9340
Facsimile:    (251) 626-8928

MICHAEL C. NIEMEYER
JENNIFER S. MORGAN
HAND ARENDALL LLC
Post Office Box 1499
Fairhope, Alabama 36533
Telephone: (251) 990-0079
Facsimile: (251) 210-0606